UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEKSANDR ANATOOLYEVICH
ZAGORODNYY,

                 Petitioner,                 Case No. 2:22-cv-11524
                                                                    Hon. Nancy G. Edmunds

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

                 Respondent.
_____/

**JUDGMENT**

    **IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.**

    **IT IS FURTHER ORDERED** that a certificate of appealability and permission to appeal in forma pauperis are **DENIED.**

    Dated at Detroit, Michigan, this 3rd, day of May, 2023.

                                                           KINIKIA ESSIX
                                                           CLERK OF THE COURT APPROVED:
                                                           BY:  s/ L. Bartlett
                                                          DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court